**Motion Granted; Abatement Order filed November 4, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00792-CV
_____

**KHALED ALATTAR, Appellant**

**V.**

**KAY HOLDINGS, INC., Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-54501**

## ABATEMENT ORDER

On October 23, 2014, the parties filed an agreed motion to stay this appeal. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until January 23, 2015. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to

reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM